# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Pamela A. Christina                  CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 24-70232 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                   Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
09 Sep 2024, 17:32:03, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: a3b01654f6836260db4b42fe603c7c422cf72a1614bbff1624b5c14902950eae