**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pamela A. Christina<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8491<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 24–70232–JAD | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pamela A. Christina

9/11/24

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 24-70232-JAD
Pamela A. Christina | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7 | User: admin | Page 1 of 2
Date Rcvd: Sep 11, 2024 | Form ID: 318 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela A. Christina, 860 Palestine Road, South Fork, PA 15956-4302 |
| 15808521 | | Comenity-Boxcov's, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15808524 | #+ | Holiday Financial Services, 1451 Scalp Avenue, Johnstown, PA 15904-3334 |
| 15808526 | | Midland Mortgage, P.O. Box 26806, Oklahoma City, OK 73126-8806 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Sep 12 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 12 2024 03:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15808519 | EDI: CAPITALONE.COM | Sep 12 2024 03:49:00 | Captial One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15808520 | EDI: WFNNB.COM | Sep 12 2024 03:49:00 | Comenity-Big Lots, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 15808522 | EDI: WFNNB.COM | Sep 12 2024 03:49:00 | Comenity-Victoria's Secret, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15808523 | Email/Text: msummits@franklinjohnstown.com | Sep 11 2024 23:58:00 | Franklin Johstown Federal Credit Union, 310 Blomfield Street, Johnstown, PA 15904-3202 |
| 15808525 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2024 23:58:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15808527 | + Email/Text: BankruptcyEast@firstenergycorp.com | Sep 11 2024 23:58:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 15808528 | EDI: SYNC | Sep 12 2024 03:49:00 | Synchrony Bank, ATTN: Bankruptcy Department, P.O. Box 71783, Philadelphia, PA 19176-1783 |
| 15808529 | EDI: SYNC | Sep 12 2024 03:49:00 | Synchrony Bank/Amazon, ATTN: Bankruptcy Department, P.O. Box 71783, Philadelphia, PA 19176-1783 |

Case 24-70232-JAD   Doc 15   Filed 09/13/24   Entered 09/14/24 00:30:47   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: 318 | Total Noticed: 16 |

| 15808530 | EDI: VERIZONCOMB.COM | Sep 12 2024 03:49:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |
| 15808531 | + Email/Text: bankruptcy@webbank.com | Sep 11 2024 23:57:00 | Web Bank, 215 S. State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Terry L. Graffius | on behalf of Debtor Pamela A. Christina tgraffius@lhrklaw.com mbotteicher@lhrklaw.com |

TOTAL: 4